1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10
11

BABATOV KHADZHIMURAD,

No.  2:14-cv-0385 KJN P

12

Plaintiff,

13

v.

ORDER

14

SACRAMENTO COUNTY SHERIFF
DEPARTMENT,

15
16

Defendant.

17
18

Plaintiff, a Sacramento County inmate proceeding pro se, has filed a civil rights action

19

pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis

20

pursuant to 28 U.S.C. § 1915.  Plaintiff has not, however, filed a certified copy of his prison trust

21

account statement for the six-month period immediately preceding the filing of the complaint.

22

See 28 U.S.C. § 1915(a)(2).  Therefore, plaintiff will be provided the opportunity to submit a

23

certified copy of his prison trust account statement.

24

In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall submit,

25

within thirty days from the date of this order, a certified copy of his prison trust account statement

26

for the six-month period immediately preceding the filing of the complaint.  Plaintiff's failure to

27

////

28

////

1

1  comply with this order will result in a recommendation that this action be dismissed without

2  prejudice.

3       SO ORDERED.

4  Dated:  February 12, 2014

5

6  khad0385.3c.new

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2